834

No. 96–9170.  HERNANDEZ v. FLORIDA ET AL.  C. A. 11th Cir. Certiorari denied.

No. 96–9176.  DUPONT v. MASSACHUSETTS DEPARTMENT OF CORRECTION ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 96–9177.  DUPONT v. DUBOIS, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION, ET AL.  C. A. 1st Cir. Certiorari denied.

No. 96–9178.  THOMPSON v. KENTUCKY.  Ct. App. Ky.  Certiorari denied.

No. 96–9180.  JAFAR v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 96–9182.  KILGORE v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 96–9183.  NEAL v. GRAMLEY, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 96–9184.  CAMARANO v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK.  C. A. 2d Cir. Certiorari denied.

No. 96–9188.  CRAVER v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 96–9190.  CARTER v. SARGENT, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 96–9191.  ANTONELLI v. FOSTER ET AL.  C. A. 7th Cir. Certiorari denied.

No. 96–9192.  VAN HOUTEN v. MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 96–9194.  TAYLOR v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL INSTITUTE.  C. A. 7th Cir.  Certiorari denied.

No. 96–9195.  WOODS v. MUTUAL OF OMAHA.  Ct. App. Tenn. Certiorari denied.